UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA

    - v. -

JACQUELINE ACOSTA,

               Defendant.
- - - - - - - - - - - - - - - - - -x

INDICTMENT

07 Cr. ____

07 CRIM 932

JUDGE SWAIN

COUNT ONE

The Grand Jury charges:

From at least in or about February 2002, through on or about September 30, 2007, in the Southern District of New York and elsewhere, JACQUELINE ACOSTA, the defendant, unlawfully, willfully and knowingly, did embezzle, steal, purloin, and convert to her own use and the use of another, money and things of value of the United States and a department and agency thereof, to wit, the United States Department of Housing and Urban Development ("HUD"), and did receive, conceal, and retain the same with intent to convert it to her own use and gain, knowing it to have been embezzled, stolen, purloined and converted, the value of which exceeded $1,000, to wit, JACQUELINE ACOSTA received federal housing subsidies, to which she was not entitled, through fraud and deceit.

(Title 18, United States Code, Sections 641 and 2.)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney