AUSA Mark Lanpher
(212) 637-2399

CR 12 (Rev. 6/82)

# WARRANT FOR ARREST

| United States District Court | DISTRICT<br>SOUTHERN DISTRICT OF NEW YORK |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JACQUELINE ACOSTA | DOCKET NO.          MAGISTRATE'S CASE NO. |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>JACQUELINE ACOSTA |
| WARRANT ISSUED ON THE BASIS OF:   ☐ Order of Court<br>  X Indictment   ☐ Information   ☐ Complaint | DISTRICT OF ARREST |
| TO:<br>ANY AUTHORIZED FEDERAL LAW ENFORCEMENT OFFICER | CITY |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

**DESCRIPTION OF CHARGES**

Theft of public money

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC
JAN 1 8 2007

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>18 | SECTION<br>§§ 641 & 2 |
|---|---|---|

| BAIL | OTHER CONDITIONS OF RELEASE | |
|---|---|---|
| ORDERED BY | SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE) | DATE ORDERED<br>10-5-07 |
| CLERK OF COURT | (BY) DEPUTY CLERK | DATE ISSUED |

**RETURN**

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER<br>Special Agent<br>Vicky Vazquez | SIGNATURE OF ARRESTING OFFICER<br>Vicky Vazquez |
|---|---|---|
| DATE EXECUTED<br>01/16/08 | | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.

1403389