*Heller & Heller*
*Attorneys at Law*

Louis B. Heller (1905-1993)
Justice New York State Supreme Court
Harry Heller (1907-1980)
Mark Jay Heller
Michael David Heller
Elizabeth Jennifer Heller
Rachel Elysee Heller
Legal Assistant

425 Park Avenue
New York, NY 10022
(212) 737-4490

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 19 2008

March 18, 2008

**MEMO ENDORSED**

VIA FACSIMILE: (212) 805-0426
Daniel Patrick Moynihan
United States Courthouse
Hon. Laura T. Swain
500 Pearl St., Room 755
New York, NY 10007

RE:  United States v. Jacqueline Acosta
     07 Cr. 932 (LTS)

Dear Hon. Swain:

    I respectfully request that the above referenced matter, which is currently scheduled for a Conference on March 20, 2008, be adjourned to April 16, 2008 at 2:00PM. This request is made with the consent of the Prosecution.

    I requested this adjournment in order to have time to more fully prepare and submit the request for deferred prosecution to the Prosecutor's Office, as well as to afford the Prosecutor and me an opportunity to discuss a possible final disposition of the instant matter.

    Lastly, both parties consent to the exclusion of time for speedy trial purposes.

    Thank you in advance for your consideration.

Very truly yours,

Heller & Heller
By: Peter Toumbekis, Esq.

cc: U.S. Attorney's Office
    AUSA Mark Lanpher

*The requested adjournment and exclusion are granted as in the interests of justice.*

3/18/08

**LAURA TAYLOR SWAIN U.S.D.J.**