*Heller & Heller*
*Attorneys at Law*

*Louis B. Heller (1905-1993)*
*Justice New York State Supreme Court*
*Harry Heller (1907-1980)*
*Mark Jay Heller*
*Michael David Heller*
*Elizabeth Jennifer Heller*
*Rachel Elysee Heller*
*Legal Assistant*

*425 Park Avenue*
*New York, NY 10022*
*(212) 737-4490*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 1 6 2008

April 14, 2008

VIA FACSIMILE: (212) 805-0426
Daniel Patrick Moynihan
United States Courthouse
Hon. Laura T. Swain
500 Pearl St., Room 755
New York, NY 10007

**MEMO ENDORSED**

RE:    **United States v. Jacqueline Acosta**
       **07 Cr. 932 (LTS)**

Dear Hon. Swain:

I respectfully request that the above referenced matter, which is currently scheduled for a Conference on April 16, 2008, be adjourned to April 29, 2008 at 2:00PM. This request is made with the consent of the Prosecution.

I requested this adjournment in order to afford me and the Prosecutor an opportunity to receive the deferred prosecution determination and thereafter discuss a possible final disposition of the instant matter.

Lastly, both parties consent to the exclusion of time for speedy trial purposes.

Thank you in advance for your consideration.

The foregoing adjournment and exclusion requests are granted as in the interests of justice. The Conference is adjourned to April 28, 2008, at 4:00 pm and the time through that date is excluded from speedy trial computations. SO ORDERED.

Very truly yours,

Heller & Heller
By: Peter Toumbekis, Esq.

4/15/2008

**LAURA TAYLOR SWAIN U.S.D.J.**

cc: U.S. Attorney's Office
    AUSA Mark Lanpher
    Fax (212) 637-2937