

United States Attorney
Southern District of New York



The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

April 24, 2008

**MEMO ENDORSED**

**BY FACSIMILE**

The Honorable Laura T. Swain
United States District Court Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    United States v. Jacqueline Acosta,
             07 Cr. 932 (LTS)

Dear Judge Swain:

      The Government has been informed by Your Honor's law clerk that you will refer the above-captioned case to the Magistrate Judge on duty for purposes of filing a Superseding Misdemeanor Information and guilty plea. Accordingly, the Government requests that the status conference scheduled for Monday, April 28, 2008, at 4:00 p.m., be adjourned. Furthermore, the Government requests that Your Honor set a control date of May 19, 2008, and exclude the time between Monday April 28, 2008, and May 19, 2008, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the parties to reach a possible disposition of this case by arranging the filing a Superseding Misdemeanor Information and guilty plea before a Magistrate Judge.

*The foregoing adjournment and exclusion requests are granted. The conference is adjourned to a control date of May 19, 2008 at 10:30 AM and time is excluded from speedy trial computations, in the interests of justice, through that date.*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: /s/ Mark Lanpher
Mark Lanpher
Assistant United States Attorney
(212) 637-2399

SO ORDERED.

/s/ Laura Taylor Swain  4/28/2008
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

cc: Peter Toumbekis, Esq.