UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MISDEMEANOR INFORMATION |
| v. | : | |
| JACQUELINE ACOSTA, | : | S1 07 CR 932 (LTS) |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - -x



## COUNT ONE

The United States Attorney charges:

From at least in or about February 2002, up to and including on or about September 30, 2007, in the Southern District of New York and elsewhere, JACQUELINE ACOSTA, the defendant, unlawfully, willfully and knowingly did embezzle, steal, purloin, and convert to her use and the use of another, and without authority, did sell, convey, and dispose of a record, voucher, money, and thing of value of the United States and of a department and agency thereof, to wit, the United States Department of Housing and Urban Development ("HUD"), the value of which did not exceed $1,000, and did receive, conceal, and retain the same with intent to convert it to her use and gain, knowing it to have been embezzled, stolen, purloined, and converted, to wit, ACOSTA received federal housing subsidies, to which she was not entitled, through fraud and deceit.

(Title 18, United States Code, Sections 641 and 2.)

*Michael G. Garcia*
MICHAEL J. GARCIA
United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 07 2008