

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 1 9 2008

May 18, 2008

**BY FACSIMILE**

The Honorable Laura T. Swain
United States District Court Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   United States v. Jacqueline Acosta,
      S1 07 Cr. 932 (LTS)

Dear Judge Swain:

On April 24, 2008, Your Honor adjourned a status conference in the above-referenced case and set a control date of May 19, 2008, at 10:30 a.m. On May 9, 2008, the Government filed a Superseding Misdemeanor Information, and scheduled a guilty plea hearing before the Magistrate Judge for May 14, 2008. Because of scheduling difficulties, defense counsel was unable to appear on that date, and the guilty plea hearing was adjourned to May 21, 2008. Accordingly, the Government requests that the status conference control date Your Honor scheduled for Monday, May 19, 2008, be adjourned for two weeks to permit the Government and defense counsel to reach a disposition in this case. Furthermore, the Government requests that Your Honor exclude the time between Monday May 19, 2008, and June 2, 2008, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the parties to reach a possible disposition of this case by entering a guilty plea before a Magistrate Judge.

*The requested adjournment and exclusion are granted in the interests of justice. The conference is adjourned to June 2, 2008 at 2pm and time is excluded from speedy trial computations through that date. SO ORDERED.*
*5/19/08*

**LAURA TAYLOR SWAIN U.S.D.J.**

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: Mark Lanpher
Assistant United States Attorney
(212) 637-2399

cc:   Peter Toumbekis, Esq.